# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RONNEY D. JAMES,**

             **Plaintiff,**

**-vs-**                                       Case No. 6:04-cv-1750-Orl-31KRS

**JOHN E. POTTER, Postmaster General
United States Postal Service (Southeast area),**

             **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF MOTION FOR JUDGMENT BY DEFAULT AGAINST THE DEFENDANT (Doc. No. 9)** |
| **FILED:** | June 21, 2005 |

**THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

A default has not been entered against the defendant. Fed. R. Civ. P. 55(a). "Prior to obtaining a default judgment under either Rule 55(b)(1) or Rule 55(b)(2), there must be an entry of default as provided by Rule 55(a)." 10A CHARLES ALAN WRIGHT, ARTHUR R. MILLER & MARY KAY KANE § 2682 (3d ed. 1998).

**DONE** and **ORDERED** in Orlando, Florida on June 23, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties