# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RONNEY D. JAMES,**

                         **Plaintiff,**

**-vs-**                                         **Case No.  6:04-cv-1750-Orl-31KRS**

**JOHN E. POTTER, Postmaster General**
**United States Postal Service (Southeast**
**area),**

                         **Defendant.**

---

## ORDER

This matter came before the Court *sua sponte*.  On April 13, 2005, the Court issued an order requiring Plaintiff Ronney D. James to show cause why this case should not be dismissed for failure to serve the defendant.  Doc. No. 6.  Thereafter, James sent a summons to Defendant John E. Potter, the Postmaster General, United States Postal Service, Southeast Area, by certified mail.  There is no indication that James served Potter with a copy of the complaint.  Moreover, service of the summons and complaint on Potter is not sufficient to constitute service of process.

Federal Rule of Civil Procedure 4(i) provides that service of process upon an officer or employee of the United States is accomplished only as follows:

1.     by delivering a copy of the summons and of the complaint to the United States Attorney for the Middle District of Florida;

2.     by sending a copy of the summons and of the complaint by registered or certified mail to the Attorney General of the United States at Washington, District of Columbia; and

3.     by appropriately serving the summons and complaint on the individual defendant personally in the manner described in Federal Rule of Civil Procedure 4(e).

There is no evidence that James has served the United States Attorney for the Middle District of Florida or the Attorney General of the United States.  Furthermore, it appears that personal service on John E. Potter has not been perfected.

Accordingly, it is **ORDERED** that the Plaintiff shall complete service of process in the manner required by the Federal Rules of Civil Procedure on or before August 15, 2005.  Failure to do so will result in a recommendation that the case be dismissed for failure to prosecute.

**DONE** and **ORDERED** in Orlando, Florida on July 25, 2005.

*Karla R. Spaulding*

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

-2-